UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MURIEL ARMSTRONG,<br><br>        Plaintiff,<br><br>vs.<br><br>NEW ENGLAND COMPOUNDING PHARMACY, INC., d/b/a New England Compounding Center,<br><br>        Defendant. | CIVIL ACTION NO: 12-CV-12077 |
| DIRK THOMPSON, III,<br><br>        Plaintiffs,<br><br>v.<br><br>NEW ENGLAND COMPOUNDING PHARMACY, INC., d/b/a New England Compounding Center,<br><br>        Defendant. | CIVIL ACTION NO. 12-CV-12074 |

## DEFENDANT'S AMENDED 7.1 CERTIFICATION

Defendant New England Compounding Pharmacy amends its prior 7.1 certification with regard to its motion for extension of time to file its opposition to the motions to remand in the above captioned cases. After further consultantion with opposing counsel, Defendant reports that Plaintiff has no objection to the motion, and therefore, it is an assented to motion.

        Respectfully submitted,

        Defendant New England Compounding Pharmacy, Inc.,

        By its Attorneys,

        /s/ Daniel E. Tranen
        Geoffrey M. Coan, BBO # 641998
        Daniel E. Tranen, BBO # 675240
        Hinshaw & Culbertson LLP
        28 State Street, 24th Floor
        Boston, MA 02109-1775

Date:   December 13, 2012        Tel: (617)213-7000 / Fax: (617)213-7001

34306444v1 0940404

## CERTIFICATE OF SERVICE

I, Daniel E. Tranen, hereby certify that on this 13th day of December 2012, the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

/s/ Daniel E. Tranen
Daniel E. Tranen